**United States District Court**
For the Northern District of California

1
2
3                        UNITED STATES DISTRICT COURT
4                       NORTHERN DISTRICT OF CALIFORNIA
5
6   GERALD W. HURT,
7                   Petitioner,                    No. C 15-0988 EDL (PR)
8         v.                                       **ORDER OF TRANSFER**
9   ERIC ARNOLD,
10                  Respondent.
                                              /
11
12         Petitioner, a state prisoner at Solano State Prison, in Vacaville, California, seeks
13   federal habeas review of the execution of his state sentence pursuant to 28 U.S.C. § 2254.[1]
14   In the underlying federal habeas petition, petitioner appears to be challenging the
15   calculation of his sentence.
16         Venue is proper in a habeas action in either the district of conviction or the district of
17   confinement.  28 U.S.C. § 2241(d).  But the district of confinement is the preferable forum
18   to review the execution of a sentence.  *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875
19   F.2d 244, 249 (9th Cir. 1989).  Because Solano State Prison lies in the Eastern District of
20   California, the court orders that, pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule
21   2254-3(b), and in the interest of justice, this petition be transferred to the United States
22   District Court for the Eastern District of California.
23         Accordingly, this case is TRANSFERRED to the United States District Court for the
24   Eastern District of California, the district in which petitioner is currently confined.  *See* 28
25   U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1).  The Clerk shall terminate any pending
26   motions and transfer the entire file to the Eastern District of California.
27
28         [1] Petitioner consented to magistrate judge jurisdiction on March
     27, 2015.

1    **IT IS SO ORDERED.**

2    Dated: April 24 , 2015.                    

3                                               ELIZABETH D. LAPORTE
                                                United States Magistrate Judge
4
     P:\PRO-SE\EDL\HC.15\Hurt0988.trn.wpd
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California